**Order entered July 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00026-CV

**DERRICK RICHARDSON, Appellant**

**V.**

**REPUBLIC TITLE OF TEXAS, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02244**

### ORDER

Before the Court is appellant's July 12, 2022 unopposed second motion for an extension of time to file his reply brief. We **GRANT** the motion and extend the time to **August 4, 2022**.

                              /s/    CRAIG SMITH
                                     JUSTICE